**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| BARRY MICHAELS, | *  *  * |
| *Plaintiff*, | * |
| v. | * |
| MATTHEW G. WHITAKER, IN HIS OFFICIAL CAPACITY, | *   Case No. 18-cv-2906  * |
| *Defendant*. | *  * |

\* \* \* \* \* \* \* \* \* \* \* \*

**[PROPOSED] EXPEDITED SCHEDULING ORDER FOR PLAINTIFF'S
EMERGENCY MOTION FOR PRELMINARY INJUNCTION**

Plaintiff filed his complaint and an emergency motion for preliminary injunction on Tuesday, December 11, 2018. The Court sets the following schedule for consideration of plaintiff's emergency motion:

(a) Defendant will file his response by Thursday, December 13, 2018, at 5:00 PM;

(b) Plaintiff will file his reply by Friday, December 14, 2018, at 9:00 AM;

(c) A hearing on plaintiff's emergency motion will be held before the Honorable _____, at the E. Barrett Prettyman United States Courthouse, 333 Constitution Ave. N.W., Washington, DC 20001, in Courtroom _____, on Friday, December 14, 2018, at _____.

IT IS SO ORDERED.

Dated: December ___, 2018

_____
United States District Judge

2

Names and addresses of attorneys and/or parties entitled to be notified of the entry of this order:

*Attorneys for Plaintiff Barry Michaels:*
Thomas C. Goldstein
TGoldstein@goldsteinrussell.com
Daniel Woofter
dhwoofter@goldsteinrussell.com
GOLDSTEIN & RUSSELL, P.C.
7475 Wisconsin Avenue
Suite 850
Bethesda, MD 20814
(202) 362-0636

Michael E. Zapin
michaelezapin@gmail.com
20283 State Rd. 7
Suite 400
Boca Raton, FL 33498
(561) 367-1444

*Defendant:*
Matthew G. Whitaker, in his official capacity
United States Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC 20530-0001