**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| BARRY MICHAELS, | * |
| *Plaintiff*, | * |
| v. | * |
| MATTHEW G. WHITAKER, IN HIS OFFICIAL CAPACITY, | *   Case No. 18-cv-2906 |
| *Defendant*. | * |

**[PROPOSED] ORDER GRANTING PLAINTIFF'S**
**EMERGENCY MOTION FOR PRELIMINARY INJUNCTION**

On full consideration of plaintiff's emergency motion for injunction and memorandum in support, and for the reasons set forth on the record on December __, 2018, the motion is GRANTED. Matthew G. Whitaker is ENJOINED from:

(a) Exercising authority as Acting Attorney General; and

(b) Supervising the Department of Justice's response to plaintiff's pending petition for writ of certiorari and subsequent briefing in the U.S. Supreme Court on the merits of the case.

IT IS SO ORDERED.

Dated: December ___, 2018                                    _____
                                                                                         United States District Judge

Names and addresses of attorneys and/or parties entitled to be notified of the entry of this order:

*Attorneys for Plaintiff Barry Michaels:*
Thomas C. Goldstein
TGoldstein@goldsteinrussell.com
Daniel Woofter
dhwoofter@goldsteinrussell.com
GOLDSTEIN & RUSSELL, P.C.
7475 Wisconsin Avenue
Suite 850
Bethesda, MD 20814
(202) 362-0636

Michael E. Zapin
michaelezapin@gmail.com
20283 State Rd. 7
Suite 400
Boca Raton, FL 33498
(561) 367-1444

*Defendant:*
Matthew G. Whitaker, in his official capacity
United States Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC 20530-0001