**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| BARRY MICHAELS, | * |
| *Plaintiff*, | * |
| v. | * |
| MATTHEW G. WHITAKER, IN HIS OFFICIAL CAPACITY, | * Case No. 18-cv-2906 |
| *Defendant*. | * |

\* \* \* \* \* \* \* \* \* \* \* \* \*

**NOTICE OF ERRATA**

On page 8 of the Memorandum in Support of Plaintiff's Emergency Motion for Preliminary Injunction (DE2-2), the last sentence of the first paragraph should read as follows: "*See* Memorandum for Emmet T. Flood, Counsel to the President, from Steven A. Engel, Assistant Attorney General, Office of Legal Counsel, *Re: Designating an Acting Attorney General* at 15 (Nov. 14, 2018) (2018 OLC Opinion), Exhibit A to Plaintiff's Emergency Motion for Preliminary Injunction."

Dated: December 12, 2018 Respectfully submitted,

By: /s/ Thomas C. Goldstein

Thomas C. Goldstein (Bar No. 458365)
TGoldstein@goldsteinrussell.com
Daniel Woofter
dhwoofter@goldsteinrussell.com
GOLDSTEIN & RUSSELL, P.C.
7475 Wisconsin Avenue
Suite 850
Bethesda, MD 20814
(202) 362-0636

Michael E. Zapin
michaelezapin@gmail.com
20283 State Rd. 7
Suite 400
Boca Raton, FL 33498
(561) 367-1444

*Attorneys for Plaintiff Barry Michaels*

## CERTIFICATE OF SERVICE

I certify that on December 12, 2018, I caused a copy of the foregoing to be deposited with a third-party commercial carrier for overnight delivery, postage prepaid, addressed to the following defendant:

MATTHEW G. WHITAKER
U.S. Department of Justice
950 Pennsylvania Avenue, N.W.
Washington, D.C. 20530

                                                                 /s/ Thomas C. Goldstein
                                                                    Thomas C. Goldstein