**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

BARRY MICHAELS,

Plaintiff,

v.

MATTHEW G. WHITAKER, in his official capacity as Acting Attorney General,

Defendant.

Case No. 18-cv-2906

**NOTICE OF APPEARANCE**

NOTICE IS HEREBY GIVEN that Cesar A. Lopez-Morales, Civil Division, United States Department of Justice, enters his appearance in this case as counsel on behalf of Defendant.

Dated: December 12, 2018

Respectfully submitted,

JOSEPH H. HUNT
Assistant Attorney General
Civil Division

HASHIM M. MOOPPAN
BRETT A. SHUMATE
Deputy Assistant Attorneys General

JENNIFER D. RICKETTS
Branch Director

CHRISTOPHER R. HALL
Assistant Branch Director

*/s/ Cesar A. Lopez-Morales*
CESAR A. LOPEZ-MORALES
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, N.W.
Washington, D.C. 20005
(202) 305-8550 (office)
cesar.a.lopez-morales@usdoj.gov

*Attorneys for Defendants*