**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

BARRY MICHAELS,

*Plaintiff*,

v.

MATTHEW G. WHITAKER, *et al.*,

*Defendants*.

Case No. 18-cv-2906

* * * * * * * * * * * * *

**PLAINTIFF'S STATUS REPORT**

Pursuant to the schedule set by the Court, later today, Plaintiff will file his Motion for Partial Summary Judgment and Motion for Jurisdictional Discovery.

Plaintiff has also just learned that a new Complaint—accompanied by a Motion for a Temporary Restraining Order—is very likely to be filed later today challenging Mr. Whitaker's service as Acting Attorney General. (Plaintiff's counsel has just learned that he will be retained to file that action and Motion.) That action is a challenge to a Final Rule signed this week by Mr. Whitaker that will be published in the Federal Register next Wednesday. Plaintiff notes the anticipated filing here as a courtesy, because it is possible that the Clerk's Office would assign the new case to Judge Moss as a related matter. The expected caption of that matter is *Firearms Policy Coalition, Inc. v. Whitaker*. Plaintiff's counsel has attempted to contact counsel for the Government about how to proceed.

Dated: December 21, 2018

Respectfully submitted,

By: /s/ Thomas C. Goldstein

Michael E. Zapin *(pro hac vice)*
michaelezapin@gmail.com
20283 State Rd. 7
Suite 400
Boca Raton, FL 33498
(561) 367-1444

Thomas C. Goldstein (Bar No. 458365)
TGoldstein@goldsteinrussell.com
Eric F. Citron *(pro hac vice)*
ecitron@goldsteinrussell.com
Daniel Woofter *(pro hac vice)*
dhwoofter@goldsteinrussell.com
GOLDSTEIN & RUSSELL, P.C.
7475 Wisconsin Avenue
Suite 850
Bethesda, MD 20814
(202) 362-0636

*Attorneys for Plaintiff Barry Michaels*