**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

|  |  |  |
|---|---|---|
| | * | |
| | * | |
| BARRY MICHAELS, | | |
| | * | |
| *Plaintiff*, | | |
| v. | * | |
| | | Case No. 18-cv-2906 |
| MATTHEW G. WHITAKER, *et al.*, | * | |
| | | |
| *Defendants*. | * | |
| | * | |
| | * | |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

**PLAINTIFF'S STATUS REPORT**

Plaintiff provides the Court with the following Status Report.  Earlier today, Plaintiff filed

a Status Report that identified an anticipated Complaint and application for Temporary Restraining

Order.  Subsequently, counsel for the Plaintiff and the Government in that matter agreed on a filing

and briefing schedule that accounts for the holidays and the prospect of a government furlough.

In the event that matter is assigned to Judge Moss, the parties will update the Court accordingly.

2

Dated: December 21, 2018                          Respectfully submitted,

                                                  By:  /s/ Thomas C. Goldstein

Michael E. Zapin *(pro hac vice)*        Thomas C. Goldstein (Bar No. 458365)
michaelezapin@gmail.com                  TGoldstein@goldsteinrussell.com
20283 State Rd. 7                        Eric F. Citron *(pro hac vice)*
Suite 400                                ecitron@goldsteinrussell.com
Boca Raton, FL 33498                     Daniel Woofter *(pro hac vice)*
(561) 367-1444                           dhwoofter@goldsteinrussell.com
                                         GOLDSTEIN & RUSSELL, P.C.
                                         7475 Wisconsin Avenue
                                         Suite 850
                                         Bethesda, MD 20814
                                         (202) 362-0636

*Attorneys for Plaintiff Barry Michaels*