IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| BARRY MICHAELS,<br><br>　　　Plaintiff,<br><br>v.<br><br>MATTHEW G. WHITAKER, in his official capacity as Acting Attorney General,<br><br>　　　Defendant. | Civil Action No. 18-cv-2906 (RDM) |

**MOTION FOR A STAY OF THE PROCEEDINGS
IN LIGHT OF LAPSE OF APPROPRIATIONS**

　　　The United States of America hereby moves for a stay of the proceedings in the above-captioned case.

　　　1.　At the end of the day on December 21, 2018, the appropriations act that had been funding the Department of Justice expired and appropriations to the Department lapsed. The Department does not know when funding will be restored by Congress.

　　　2.　Absent an appropriation, Department of Justice attorneys are prohibited from working, even on a voluntary basis, except in very limited circumstances, including "emergencies involving the safety of human life or the protection of property." 31 U.S.C. § 1342.

　　　3.　Undersigned counsel for the Department of Justice therefore requests a stay of all proceedings in this case until Congress has restored appropriations to the Department.

4.	If this motion for a stay is granted, undersigned counsel will notify the Court as soon as Congress has appropriated funds for the Department. The Government requests that, at that point, all current deadlines for the parties be extended commensurate with the duration of the lapse in appropriations.

5.	In accordance with Local Rule 7(m), counsel for Defendants conferred with counsel for Plaintiff prior to filing this motion. Plaintiff consents to the requested relief.

Therefore, although we greatly regret any disruption caused to the Court and the other litigants, the Government hereby moves for a stay of all proceedings in this case until Department of Justice attorneys are permitted to resume their usual civil litigation functions.

Dated: December 26, 2018                            Respectfully submitted,

JOSEPH H. HUNT
Assistant Attorney General
Civil Division

HASHIM M. MOOPPAN
BRETT A. SHUMATE
Deputy Assistant Attorneys General

JENNIFER D. RICKETTS
Branch Director

CHRISTOPHER R. HALL
Assistant Branch Director

/s/ *Chetan A. Patil*
CHETAN PATIL
CESAR A. LOPEZ-MORALES
REBECCA CUTRI-KOHART
Trial Attorneys
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, N.W.

                              Washington, DC 20005
                              Tel: 202-305-4968
                              Email: chetan.patil@usdoj.gov

*Counsel for Defendant*